FILED'06 NOV 27 16:44USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KEVIN S. CURTIS,                )
                                )
         Plaintiff,             )
                                )  Civil No. 05-1525-TC
     v.                         )
                                )  ORDER
CITY OF REDMOND, an incorpora-  )
ted subdivision of the State    )
of Oregon; and MICHAEL          )
PATTERSON, city manager of the  )
City of Redmond, in his         )
official capacity and as an     )
individual,                     )
                                )
         Defendants.            )
_____)

    Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on September 18, 2006, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a _de novo_

1   - ORDER

determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiff has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed September 18, 2006, in its entirety. Defendants' motion for summary judgment (#20) is granted and this case is dismissed.

IT IS SO ORDERED.

DATED this 27th day of Nov., 2006.

_____
UNITED STATES DISTRICT JUDGE

2   - ORDER